# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK TECHNOLOGY CO., LTD,<br><br>Defendant. | Case No. 6:20-cv-01012-ADA<br>Case No. 6:20-cv-01013-ADA<br>Case No. 6:20-cv-01014-ADA<br>Case No. 6:20-cv-01015-ADA<br>Case No. 6:20-cv-01016-ADA<br>Case No. 6:20-cv-01017-ADA<br>Case No. 6:20-cv-01018-ADA<br>Case No. 6:20-cv-01019-ADA<br>Case No. 6:20-cv-01020-ADA<br>Case No. 6:20-cv-01021-ADA<br>Case No. 6:20-cv-01022-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development, Plaintiff in the above-entitled action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

> Christopher V. Goodpastor
> Texas State Bar No. 00791991
> DINOVO PRICE LLP
> 7000 N. MoPac Expressway
> Suite 350
> Austin, Texas 78731
> Telephone: (512) 539-2626
> Facsimile: (512) 539-2627
> cgoodpastor@dinovoprice.com

Dated: November 9, 2020                              Respectfully submitted,

                                          */s/ Christopher V. Goodpastor*
                                        Raymond W. Mort, III
                                        Texas State Bar No. 00791308
                                        **THE MORT LAW FIRM, PLLC**
                                        100 Congress Avenue
                                        Suite 2000
                                        Austin, Texas 78701
                                        Tel/Fax: (512) 677-6825
                                        Email: raymort@austinlaw.com

                                        Adam G. Price
                                        Texas State Bar No. 24027750
                                        Christopher V. Goodpastor
                                        Texas State Bar No. 00791991
                                        Gregory S. Donahue
                                        Texas State Bar No. 24012539
                                        **DINOVO PRICE LLP**
                                        7000 N. MoPac Expressway
                                        Suite 350
                                        Austin, Texas 78731
                                        Telephone: (512) 539-2626
                                        Facsimile: (512) 539-2627
                                        Email:   aprice@dinovoprice.com
                                                    cgoodpastor@dinovoprice.com
                                                    gdonahue@dinovoprice.com

                                        **ATTORNEYS FOR PLAINTIFF WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT**