IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK TECHNOLOGY CO., LTD,<br><br>Defendant. | Case No. 6:20-cv-01012-ADA<br>Case No. 6:20-cv-01013-ADA<br>Case No. 6:20-cv-01014-ADA<br>Case No. 6:20-cv-01015-ADA<br>Case No. 6:20-cv-01016-ADA<br>Case No. 6:20-cv-01017-ADA<br>Case No. 6:20-cv-01018-ADA<br>Case No. 6:20-cv-01019-ADA<br>Case No. 6:20-cv-01020-ADA<br>Case No. 6:20-cv-01021-ADA<br>Case No. 6:20-cv-01022-ADA<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development, Plaintiff in the above-entitled action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

Gregory S. Donahue
Texas State Bar No. 24012539
DINOVO PRICE LLP
7000 N. MoPac Expressway
Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627
gdonahue@dinovoprice.com

1

Dated: November 9, 2020                Respectfully submitted,

        */s/ Gregory S. Donahue*
Raymond W. Mort, III
Texas State Bar No. 00791308
**THE MORT LAW FIRM, PLLC**
100 Congress Avenue
Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 677-6825
Email: raymort@austinlaw.com

Adam G. Price
Texas State Bar No. 24027750
Christopher V. Goodpastor
Texas State Bar No. 00791991
Gregory S. Donahue
Texas State Bar No. 24012539
**DINOVO PRICE LLP**
7000 N. MoPac Expressway
Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627
Email:   aprice@dinovoprice.com
        cgoodpastor@dinovoprice.com
        gdonahue@dinovoprice.com

**ATTORNEYS FOR PLAINTIFF WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT**