# TIN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

AMERICAN PATENTS LLC,

      Plaintiff,

  v.

TP-LINK TECHNOLOGIES CO., LTD.,

    Defendant.

Civil Action No. 4:19-cv-765 ALM

**JURY TRIAL DEMANDED**

## NOTICE OF APPEARANCE OF STEPHEN R. SMEREK

COMES NOW, Defendant TP-LINK TECHNOLOGIES CO., LTD., hereby notifies the Court and all parties of record that Stephen R. Smerek, of Foley & Lardner LLP, 555 S. Flower Street, Suite 3500, Los Angeles, California 90071-2411, email: ssmerek@foley.com, Telephone: (213) 972-4500, will be appearing as attorney of record on its behalf in the above-styled and numbered cause.

Dated: March 5, 2020

Respectfully submitted,

*/s/ Stephen R. Smerek*
Stephen R. Smerek
Tiffany K. Sung
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Tel: 213.972.4500
Fax: 213.486.0065
email: ssmerek@foley.com
      tsung@foley.com

*Attorneys for Defendant*
TP-LINK TECHNOLOGIES CO., LTD.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on March 5, 2020, in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service.

_/s/ Stephen R. Smerek_____
Stephen R. Smerek

# TIN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 4:19-cv-765 ALM |
| | **JURY TRIAL DEMANDED** |
| TP-LINK TECHNOLOGIES CO., LTD., | |
| Defendant. | |

## NOTICE OF APPEARANCE OF TIFFANY K. SUNG

COMES NOW, Defendant TP-LINK TECHNOLOGIES CO., LTD., hereby notifies the Court and all parties of record that Tiffany K. Sung, of Foley & Lardner LLP, 555 S. Flower Street, Suite 3500, Los Angeles, California 90071-2411, email: tsung@foley.com, Telephone: (213) 972-4500, will be appearing as attorney of record on its behalf in the above-styled and numbered cause.

Dated: March 6, 2020

Respectfully submitted,

*/s/ Tiffany K. Sung*
Stephen R. Smerek
Tiffany K. Sung
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Tel: 213.972.4500
Fax: 213.486.0065
email: ssmerek@foley.com
        tsung@foley.com

*Attorneys for Defendant*
TP-LINK TECHNOLOGIES CO., LTD.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically on March 6, 2020, in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.

<u>*/s/ Stephen R. Smerek*</u>
Stephen R. Smerek

4842-4608-6070.1