To provide a better experience, we use cookies and similar tracking technologies to analyze traffic, personalize content and ads. By continuing to browse this website, you agree to our use of cookies and such technologies. Learn more
Don't show again

## TP-Link USA Corporation

| | |
|---|---|
| Website: | https://www.tp-link.com/us/ |
| Fax: | +1 909 527 6804 |
| Sales phone: | +1 626 333 0234 |
| Sales E-mail: | sales.usa@tp-link.com |
| Address: | 145 S. State College Blvd. Suite 400l Brea l CA 92821 |

## Subscribe

Email Address                                                                 Sign Up

## Let's Connect

Chat Now

| About Us | Press | Partners | Learning Center |
|---|---|---|---|
| Corporate Profile | News | Partner Program | |
| Contact Us | Security Advisory | Training & Certifications | |
| Careers at TP-Link | | Deal Registration | |
| Privacy Policy | | | |

United States / English

Copyright © 2020 TP-Link Corporation Limited. All rights reserved.

**Chat Now**