IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |  |
|---|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § § § § § § § § § § | Case No. 6:20-cv-01012 |
|  |  | Case No. 6:20-cv-01013 |
|  |  | Case No. 6:20-cv-01014 |
|  |  | Case No. 6:20-cv-01015 |
| Plaintiff, |  | Case No. 6:20-cv-01016 |
|  |  | Case No. 6:20-cv-01017 |
| v. |  | Case No. 6:20-cv-01018 |
|  |  | Case No. 6:20-cv-01019 |
| TP-LINK TECHNOLOGY CO., LTD, |  | Case No. 6:20-cv-01020 |
|  |  | Case No. 6:20-cv-01021 |
| Defendant. |  | Case No. 6:20-cv-01022 |
|  |  | **JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE ON DEFENDANT

Before the Court is Plaintiff's Motion for Leave to Effect Alternative Service on Defendant TP-Link Technology Co. Ltd. ("TP-Link"). After considering Plaintiff's Motion and supporting evidence, the Court finds that Plaintiff's Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff may serve Defendant via email upon its recent U.S. counsel Mr. Stephen R. Smerek, ssmerek@foley.com and Ms. Tiffany K. Sung, tsung@foley.com and via registered mail carrier with return receipt upon Defendant's U.S. subsidiary TP-Link USA Corporation located at 145 S. State College Blvd. Suite 400, Brea, California 92821.

2

SIGNED this _____ day of _____, 2020.

                                                    HON. ALAN D ALBRIGHT
                                                    UNITED STATES DISTRICT JUDGE