UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br><br>Plaintiff<br><br>v.<br><br>**TP-LINK TECHNOLOGY CO., LTD.,**<br><br>Defendant | Case No. 6:20-cv-01012<br>Case No. 6:20-cv-01013<br>Case No. 6:20-cv-01014<br>Case No. 6:20-cv-01015<br>Case No. 6:20-cv-01016<br>Case No. 6:20-cv-01017<br>Case No. 6:20-cv-01018<br>Case No. 6:20-cv-01019<br>Case No. 6:20-cv-01020<br>Case No. 6:20-cv-01021<br>Case No. 6:20-cv-01022<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Motion for Reconsideration. After careful consideration of the Motion and all other matters properly before the Court, the Court is of the opinion that the Motion is meritorious and should be GRANTED.

**IT IS THEREFORE ORDERED** that Defendant's Motion is **GRANTED**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE