AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  TP-Link Technology Co., Ltd.

was received by me on *(date)*  December 7, 2020  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Service accomplished via Certified Mail with Electronic Delivery Confirmation USPS# 9402611898765823877568 Delivered on December 12, 2020 and via email on ssmerek@foley.com and tsung@foley.com on December 7, 2020 pursuant to the Court's order granting leave to effect alternative service.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  December 13, 2020

*Server's signature*  R. W. Mort III

Raymond W. Mort, III
*Printed name and title*

The Mort Law Firm, PLLC
100 Congress Ave, Suite 2000
Austin, Texas 78701
*Server's address*

Additional information regarding attempted service, etc:

## Electronic Delivery Confirmation™



The Mort Law Firm, PLLC
100 CONGRESS AVE STE 2000
AUSTIN TX 78701-2745

**USPS CERTIFIED MAIL**

9402 6118 9876 5823 8775 68

TP-Link USA Corporation
c/o President, CEO, or General Counsel
145 S STATE COLLEGE BLVD STE 400
BREA CA 92821-5833

US POSTAGE AND FEES PAID
PRIORITY MAIL
Dec 07 2020
Mailed from ZIP 78701
1 lb PM Zone 6

11923275
CommercialBasePrice

062S0012913542



| | |
|---|---|
| Reference | TP-Link - 1012 - 1022 |
| USPS # | 9402611898765823877568 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 11:02 am on December 12, 2020 in BREA, CA 92821. |
| USPS History | Out for Delivery, 12/12/2020, 7:10 am, BREA, CA 92821
Arrived at Unit, December 12, 2020, 6:23 am, BREA, CA 92822
Arrived at USPS Facility, December 12, 2020, 4:13 am, BREA, CA 92822
Departed USPS Regional Facility, 12/12/2020, 3:27 am, ANAHEIM CA DISTRIBUTION CENTER
Arrived at USPS Regional Destination Facility, 12/11/2020, 11:25 pm, ANAHEIM CA DISTRIBUTION CENTER
Arrived at USPS Regional Facility, December 11, 2020, 5:13 pm, SANTA ANA CA DISTRIBUTION CENTER
Departed USPS Regional Facility, 12/11/2020, 3:49 am, EL PASO TX DISTRIBUTION CENTER
Arrived at USPS Regional Origin Facility, 12/10/2020, 5:37 pm, EL PASO TX DISTRIBUTION CENTER
In Transit to Next Facility, 12/09/2020
USPS picked up item, December 8, 2020, 2:53 pm, AUSTIN, TX 78749
Shipping Label Created, USPS Awaiting Item, December 7, 2020, 7:34 pm, AUSTIN, TX 78701 |

**Electronic Delivery Confirmation Report © 2020 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2020** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 12/13/2020 (UTC)**

**ALERT: USPS IS EXPERIENCING UNPRECEDENTED PACKAGE INCREASES AND LIMITED EMP…**

# USPS Tracking®

FAQs >

## Track Another Package +

Remove ✕

**Tracking Number:** 9402611898765823877568

Your item was delivered to the front desk, reception area, or mail room at 11:02 am on December 12, 2020 in BREA, CA 92821.

**USPS Premium Tracking™ Available** ⌄

 **Delivered**

December 12, 2020 at 11:02 am
Delivered, Front Desk/Reception/Mail Room
BREA, CA 92821

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ∧

**December 12, 2020, 11:02 am**
Delivered, Front Desk/Reception/Mail Room
BREA, CA 92821
Your item was delivered to the front desk, reception area, or mail room at 11:02 am on December 12, 2020 in BREA, CA 92821.

---

**December 12, 2020, 7:10 am**
Out for Delivery
BREA, CA 92821

**December 12, 2020, 6:23 am**
Arrived at Unit
BREA, CA 92822

**December 12, 2020, 4:13 am**
Arrived at USPS Facility
BREA, CA 92822

**December 12, 2020, 3:27 am**
Departed USPS Regional Facility
ANAHEIM CA DISTRIBUTION CENTER

**December 11, 2020, 11:25 pm**
Arrived at USPS Regional Destination Facility
ANAHEIM CA DISTRIBUTION CENTER

**December 11, 2020, 5:13 pm**
Arrived at USPS Regional Facility
SANTA ANA CA DISTRIBUTION CENTER

**December 11, 2020, 3:49 am**
Departed USPS Regional Facility
EL PASO TX DISTRIBUTION CENTER

**December 10, 2020, 5:37 pm**
Arrived at USPS Regional Origin Facility
EL PASO TX DISTRIBUTION CENTER

**December 9, 2020**
In Transit to Next Facility

**December 8, 2020, 2:53 pm**
USPS picked up item
AUSTIN, TX 78749

**December 7, 2020, 7:34 pm**
Shipping Label Created, USPS Awaiting Item
AUSTIN, TX 78701

Feedback

| Premium Tracking | ⌄ |
|---|---|
| Product Information | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# Ray Mort

| | |
|---|---|
| **From:** | Ray Mort |
| **Sent:** | Monday, December 7, 2020 1:25 PM |
| **To:** | ssmerek@foley.com; tsung@foley.com |
| **Cc:** | aprice@dinovoprice.com; cgoodpastor@dinovoprice.com; gdonahue@dinovoprice.com; raymort@austinlaw.com |
| **Subject:** | Service of process on TP-Link Technology Co., Ltd. |
| **Attachments:** | Motions - All - Same for each case.pdf; Orders - All.pdf; Summons - 1012.pdf; Summons - 1013.pdf; Summons - 1014.pdf; Summons - 1015.pdf; Summons - 1016.pdf; Summons - 1017.pdf; Summons - 1018.pdf; Summons - 1019.pdf; Summons - 1020.pdf; Summons - 1021.pdf; Summons - 1022.pdf |

Counsel,

Pursuant to the attached orders, please find attached service of process on TP-Link Technology Co., Ltd.

I have also included the Motion for Leave to Effect Alternative Service on Defendant and the Motion for Reconsideration of same. The same motions were filed in each of the cases.

Please let me know if you have any questions,

Thanks,

Ray



RAYMOND W. MORT, III

THE MORT LAW FIRM, PLLC
100 CONGRESS AVE · SUITE 2000
AUSTIN · TEXAS · 78701

AustinLaw.com · (512)-677-6825 · RayMort@AustinLaw.com

The statements contained herein are not intended to and do not constitute an opinion as to any tax or other matter. They are not intended or written to be used, and may not be relied upon, by you or any other person for the purpose of avoiding penalties that may be imposed under any Federal tax law or otherwise.

CONFIDENTIALITY NOTE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.