

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA  90071-2411
213.972.4500 TEL
213.486.0065 FAX
foley.com

213.972.4508
ssmerek@foley.com

December 18, 2020

The Honorable Alan D. Albright
United States District Judge
800 Franklin Avenue
Waco, TX  76701
Email: TXWDml_LawClerks_JudgeAlbright@txwd.uscourts.gov

Re:     **NOTICE OF NON-REPRESENTATION**
*Wsou Investments, LLC d/b/a Brazos Licensing and Development
v. TP-Link Technology Co., Ltd.*, Case Nos. 6:20-cv-1012 to
6:20-cv-1022 (W.D. Tex.)

Your Honor:

The undersigned hereby submits this letter to the Court to advise that neither Stephen
Smerek, nor his associate Tiffany Sung, nor any other attorney at Foley & Lardner LLP
(hereinafter "Foley") currently represent TP-Link Technologies Co., Ltd. (hereinafter TP-Link
Technologies").  TP-Link Technologies has not engaged Foley to represent it in the above
referenced matters, and Foley is not authorized to accept service on behalf of TP-Link Technologies.

Immediately upon receiving an email from counsel for Plaintiff Wsou Investments, LLC
regarding these matters, the undersigned responded to advise plaintiff that Foley did not represent
TP-Link Technologies and is not authorized to accept service.  A true and accurate copy of that
email exchange, which Plaintiff's counsel did not provide the Court with the Proof of Service, is
appended hereto.

Sincerely,

Stephen R. Smerek

SRS:srs
cc:  Ray Mort (raymort@austinlaw.com)
     Adam Price (aprice@dinovoprice.com)
     Christopher Goodpastor (cgoodpastor@dinovoprice.com)
     Gregory Donahue (gdonahue@dinovoprice.com)

Attachment

AUSTIN          DETROIT          MEXICO CITY      SACRAMENTO       TAMPA
BOSTON          HOUSTON          MIAMI            SAN DIEGO        WASHINGTON, D.C.
CHICAGO         JACKSONVILLE     MILWAUKEE        SAN FRANCISCO    BRUSSELS
DALLAS          LOS ANGELES      NEW YORK         SILICON VALLEY   TOKYO
DENVER          MADISON          ORLANDO          TALLAHASSEE

4840-5014-1896.1

## Smerek, Stephen R.

| | |
|---|---|
| **From:** | Smerek, Stephen R. |
| **Sent:** | Monday, December 7, 2020 11:41 AM |
| **To:** | 'Ray Mort'; Sung, Tiffany K. |
| **Cc:** | aprice@dinovoprice.com; cgoodpastor@dinovoprice.com; gdonahue@dinovoprice.com |
| **Subject:** | RE: Service of process on TP-Link Technology Co., Ltd. |

Mr. Mort,

Neither myself, nor Ms. Sung or Foley & Lardner LLP, represent TP-Link Technologies in this matter or any other matter at this time.  Accordingly, we cannot and do not except service of process of this, or any other matter, on their behalf.

Regards,

**Stephen R. Smerek**
Foley & Lardner LLP
555 South Flower Street / Suite 3300
Los Angeles, CA 90071-2418
Direct:  (213) 972-4508
Mobile:  (213) 304-2748

Visit Foley.com



---

**From:** Ray Mort <raymort@austinlaw.com>
**Sent:** Monday, December 7, 2020 11:25 AM
**To:** Smerek, Stephen R. <ssmerek@foley.com>; Sung, Tiffany K. <TSung@foley.com>
**Cc:** aprice@dinovoprice.com; cgoodpastor@dinovoprice.com; gdonahue@dinovoprice.com; Ray Mort <raymort@austinlaw.com>
**Subject:** Service of process on TP-Link Technology Co., Ltd.

**\*\* EXTERNAL EMAIL MESSAGE \*\***
Counsel,

Pursuant to the attached orders, please find attached service of process on TP-Link Technology Co., Ltd.

I have also included the Motion for Leave to Effect Alternative Service on Defendant and the Motion for Reconsideration of same. The same motions were filed in each of the cases.

Please let me know if you have any questions,

Thanks,

Ray



RAYMOND W. MORT, III

THE MORT LAW FIRM, PLLC
100 CONGRESS AVE · SUITE 2000
AUSTIN · TEXAS · 78701

AustinLaw.com · (512)-677-6825 · RayMort@AustinLaw.com

The statements contained herein are not intended to and do not constitute an opinion as to any tax or other matter.  They are not intended or written to be used, and may not be relied upon, by you or any other person for the purpose of avoiding penalties that may be imposed under any Federal tax law or otherwise.

CONFIDENTIALITY NOTE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.