IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>  Plaintiff,<br><br>v.<br><br>TP-LINK TECHNOLOGY CO., LTD.,<br><br>  Defendant. | Civil Action No. 6:20-cv-1012-ADA<br>Civil Action No. 6:20-cv-1013-ADA<br>Civil Action No. 6:20-cv-1014-ADA<br>Civil Action No. 6:20-cv-1015-ADA<br>Civil Action No. 6:20-cv-1016-ADA<br>Civil Action No. 6:20-cv-1017-ADA<br>Civil Action No. 6:20-cv-1018-ADA<br>Civil Action No. 6:20-cv-1019-ADA<br>Civil Action No. 6:20-cv-1020-ADA<br>Civil Action No. 6:20-cv-1021-ADA<br>Civil Action No. 6:20-cv-1022-ADA<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, John T. Johnson, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent TP-Link Technologies Co., Ltd. in this case, and would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm of Fish & Richardson P.C. with offices at:

> 7 Times Square, 20th Floor
> New York, NY 10036
> Telephone: (212) 765-5070
> Facsimile: (212) 258-2291
> E-mail: jjohnson@fr.com
>
> 633 West 5th Street, 26th Floor
> Los Angeles, CA 90071

2.  Since 1994, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's bar license number is 507058.

3. Since 2011, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 281609.

4. Applicant John T. Johnson has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| State Bar of New York | January 25, 1994 |
| State Bar of California | December 29, 2011 |
| Supreme Court of the United States | August 22, 2005 |
| United States Court of Appeals for the 2nd Circuit | December 12, 2006 |
| United States Court of Appeals for the 9th Circuit | July 30, 1995 |
| United States Court of Appeals, Federal Circuit | September 13, 1996 |
| United States District Court for the Northern District of New York | February 28, 1994 |
| United States District Court for the Southern District of New York | September 6, 1995 |
| United States District Court for the Western District of New York | August 30, 1996 |
| United States District Court for the Eastern District of New York | September 6, 1995 |
| United States District Court for the District of Arizona | April 14, 1999 |
| United States District Court for the District of Colorado | September 21, 2006 |
| United States District Court for the Northern District of Illinois | January 12, 2007 |
| United States District Court for the Eastern District of Michigan | April 26, 2013 |

5. Applicant is presently a member in good standing of the bars of the courts listed above.

6. I have previously applied to Appear *Pro Hac Vice* in this district court in Cases:

Number: 1:04cv375-LY Varian Semiconductor v. Nissin Ion Equipment
on the 27th day of October, 2004; and
Number: 1:05cv359-LY Encyclopaedia, et al. v. American Honda Motor, et al.
on the 5th day of August, 2005.

7. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court.

8. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

9. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

10. Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

|  |  |
|---|---|
| Co-Counsel: | David M. Hoffman (Texas Bar No. 24046084) |
|  | Fish & Richardson P.C. |
| Mailing Address: | 111 Congress Avenue, Suite 810 |
| City, State, Zip Code: | Austin  TX 78701 |
| Telephone: | (512) 472-5070 |
| Facsimile: | (512) 320-8925 |

11. Applicant has tendered the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-l(f)(l).

Wherefore, Applicants pray that this Court enter an order permitting the admission of John T. Johnson to the Western District of Texas *pro hac vice* for this case only.

Dated: January 4, 2021

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ John T. Johnson*
John T Johnson
jjohnson@fr.com
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070
Fax: (212) 258-2291

**COUNSEL FOR DEFENDANT,
TP-LINK TECHNOLOGIES CO., LTD.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on January 4, 2021, and it was served via CM/ECF on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(b)(1).

*/s/ John T Johnson*
John T. Johnson