IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>   Plaintiff,<br><br> v.<br><br>TP-LINK TECHNOLOGY CO., LTD.,<br><br>   Defendant. | Civil Action No. 6:20-cv-1012-ADA<br>Civil Action No. 6:20-cv-1013-ADA<br>Civil Action No. 6:20-cv-1014-ADA<br>Civil Action No. 6:20-cv-1015-ADA<br>Civil Action No. 6:20-cv-1016-ADA<br>Civil Action No. 6:20-cv-1017-ADA<br>Civil Action No. 6:20-cv-1018-ADA<br>Civil Action No. 6:20-cv-1019-ADA<br>Civil Action No. 6:20-cv-1020-ADA<br>Civil Action No. 6:20-cv-1021-ADA<br>Civil Action No. 6:20-cv-1022-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER

BE IT REMEMBERED on this the _____ day of _____, 2021; there was presented to the Court the Motion for Admission *Pro Hae Vice* filed by John T. Johnson, counsel for TP-Link Technologies Co., Ltd., and that John T. Johnson has tendered the amount of $100.00 in compliance with Local Court Rule AT-l(f)(l), and the Court, having reviewed the motion, enters the following order:

  IT IS ORDERED that the Motion for Admission *Pro Hae Vice* is GRANTED, and John T. Johnson may appear on behalf of Defendant TP-Link Technologies Co., Ltd. in the above case.

  SIGNED this _____ day of _____, 2021.

                _____
                HONORABLE ALAN D. ALBRIGHT
                UNITED STATES DISTRICT JUDGE