8. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses.

9. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

10. Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

| | |
|---|---|
| Co-Counsel: | David M. Hoffman (Texas Bar No. 24046084) |
| | Fish & Richardson P.C. |
| Mailing Address: | 111 Congress Avenue, Suite 810 |
| City, State, Zip Code: | Austin  TX 78701 |
| Telephone: | (512) 472-5070 |
| Facsimile: | (512) 320-8925 |

11. Applicant has tendered the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-l(f)(l).

Wherefore, Applicants pray that this Court enter an order permitting the admission of John T. Johnson to the Western District of Texas *pro hac vice* for this case only.

Dated: January 4, 2021

Respectfully submitted,

FISH & RICHARDSON P.C.

By: _____
John T Johnson
jjohnson@fr.com
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070
Fax: (212) 258-2291

**COUNSEL FOR DEFENDANT,
TP-LINK TECHNOLOGIES CO., LTD.**