# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TP-LINK TECHNOLOGY CO., LTD.,<br><br>　　　　Defendant. | Civil Action No. 6:20-cv-1012-ADA<br>Civil Action No. 6:20-cv-1013-ADA<br>Civil Action No. 6:20-cv-1014-ADA<br>Civil Action No. 6:20-cv-1015-ADA<br>Civil Action No. 6:20-cv-1016-ADA<br>Civil Action No. 6:20-cv-1017-ADA<br>Civil Action No. 6:20-cv-1018-ADA<br>Civil Action No. 6:20-cv-1019-ADA<br>Civil Action No. 6:20-cv-1020-ADA<br>Civil Action No. 6:20-cv-1021-ADA<br>Civil Action No. 6:20-cv-1022-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER

BE IT REMEMBERED on this the _____ day of _____, 2021; there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Jeffrey C. Mok, counsel for TP-Link Technologies Co., Ltd., and that Jeffrey C. Mok has tendered the amount of $100.00 in compliance with Local Court Rule AT-l(f)(l), and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Jeffrey C. Mok may appear on behalf of Defendant TP-Link Technologies Co., Ltd. in the above case.

SIGNED this _____ day of _____, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE ALAN D. ALBRIGHT
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE