Dated: January 5, 2021

Respectfully submitted,

FISH & RICHARDSON P.C.

By: _____

Jeffrey C. Mok
jmok@fr.com
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070
Fax: (212) 258-2291

**COUNSEL FOR DEFENDANT,
TP-LINK TECHNOLOGIES CO., LTD.**