**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK TECHNOLOGY CO., LTD.,<br><br>Defendant. | Civil Action No. 6:20-cv-1012-ADA<br>Civil Action No. 6:20-cv-1013-ADA<br>Civil Action No. 6:20-cv-1014-ADA<br>Civil Action No. 6:20-cv-1015-ADA<br>Civil Action No. 6:20-cv-1016-ADA<br>Civil Action No. 6:20-cv-1017-ADA<br>Civil Action No. 6:20-cv-1018-ADA<br>Civil Action No. 6:20-cv-1019-ADA<br>Civil Action No. 6:20-cv-1020-ADA<br>Civil Action No. 6:20-cv-1021-ADA<br>Civil Action No. 6:20-cv-1022-ADA<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER**

Before the Court is TP-Link Technologies Co., Ltd.'s Motion to Dismiss for Invalid Service of Process Under Rule 12(b)(5) and Lack of Jurisdiction Under Rule 12(b)(2), or in the Alternative, to Vacate the Court's December 7, 2020 Order and to Quash for Invalid Service of Process.  Upon consideration, it is hereby ORDERED that TP-Link Technologies Co., Ltd.'s Motion is GRANTED and: [This action is dismissed for invalid service of process and thus lack of jurisdiction] [The Court's December 7, 2020 Order is VACATED and Plaintiff's service of process is QUASHED].

Signed this ____ day of _____, 2021.

_____
HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE