UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br><br>Plaintiff<br><br>v.<br><br>**TP-LINK TECHNOLOGY CO., LTD.,**<br><br>Defendant | **Case No. 6:20-cv-01012**<br>**Case No. 6:20-cv-01013**<br>**Case No. 6:20-cv-01014**<br>**Case No. 6:20-cv-01015**<br>**Case No. 6:20-cv-01016**<br>**Case No. 6:20-cv-01017**<br>**Case No. 6:20-cv-01018**<br>**Case No. 6:20-cv-01019**<br>**Case No. 6:20-cv-01020**<br>**Case No. 6:20-cv-01021**<br>**Case No. 6:20-cv-01022**<br><br>**JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development, and Defendant TP-Link Technologies Co., Ltd. hereby provides the following status report in advance of the Case Management hearing.

## FILING AND EXTENSIONS

Plaintiff's eleven Complaints were filed on October 31, 2020. There have been no extensions.

## DEFENDANT'S ANSWERS AND COUNTERCLAIMS

In lieu of answering Plaintiff's eleven Complaints, Defendant, a company located in China, moved the Court to dismiss for invalid service of process under Rule 12(b)(5) in contravention to the Hague Convention (and therefore that jurisdiction is lacking over Defendant), or in the alternative, to vacate the Court's December 7, 2020 Order on

alternative service and to quash Plaintiff's alternative service

## PENDING MOTIONS

In each of the eleven cases, Defendant, made a special appearance to contest jurisdiction, and filed a motion to dismiss for invalid service of process under Rule 12(b)(5) in contravention to the Hague Convention (and therefore that jurisdiction is lacking over Defendant), or in the alternative, to vacate the Court's December 7, 2020 Order on alternative service and to quash Plaintiff's alternative service.  Defendant respectfully requests expedited consideration of its motion to dismiss.

## RELATED CASES

There are no other related cases in this Judicial District involving the same patents, although Plaintiff has filed eleven cases in this Judicial District involving the same parties but different patents.  The eleven pending cases are listed below:

- Case No. 6:20-cv-01012 (U.S. Patent No. 7,174,180)
- Case No. 6:20-cv-01013 (U.S. Patent No. 9,226,305)
- Case No. 6:20-cv-01014 (U.S. Patent No. 7,751,423)
- Case No. 6:20-cv-01015 (U.S. Patent No. 8,094,573)
- Case No. 6:20-cv-01016 (U.S. Patent No. 8,199,636)
- Case No. 6:20-cv-01017 (U.S. Patent No. 7,965,726)
- Case No. 6:20-cv-01018 (U.S. Patent No. 7,447,767)
- Case No. 6:20-cv-01019 (U.S. Patent No. 7,333,770)
- Case No. 6:20-cv-01020 (U.S. Patent No. 8,774,790)
- Case No. 6:20-cv-01021(U.S. Patent No. 9,548,977)
- Case No. 6:20-cv-01022 (U.S. Patent No. 7,652,988)

## IPR FILINGS

There are no known IPR, CRM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted one patent in each case. Plaintiff has not yet identified the number of asserted claims, although it asserted one claim in each Complaint. Plaintiff has not yet served its preliminary infringement contentions.

## APPOINTMENT OF TECHNICAL ADVISOR

Plaintiff is unopposed to the appointment of a technical advisor to assist the Court with claim construction or other technical issues. In view of Defendant's special appearance in this case to contest jurisdiction for Plaintiff's failure to properly serve its eleven Complaints, Defendant does not take a position regarding the appointment of a technical adviser.

## MEET AND CONFER STATUS

Plaintiff and Defendant conducted a meet & confer conference. Plaintiff on January 8, 2021 served jurisdictional discovery on Defendant and a third party, Foley & Lardner. Defendant submits that the purported jurisdictional discovery on its motion to dismiss for improper service does not relate to any disputed fact and therefore should not delay Court resolution of Defendant's motion to dismiss. Defendant also submits that the Court defer entry of a general schedule in the eleven cases until the motion to dismiss is decided. Plaintiff disagrees and proposes the Court set the Markman and trial date in accordance with its standard procedures. Defendant is prepared to continue to meet and confer on the jurisdictional discovery and scheduling disputes and if unable to resolve them, will contact the Court for a telephonic hearing, pursuant to the instructions set

forth in the Court's November 19, 2020 "Standing Order Regarding Venue and Jurisdictional Discovery Limits for Patent Cases." Plaintiff has indicated to Defendant that it will respond to the motion to dismiss after Defendant and Foley respond to the jurisdictional discovery.

Dated: January 11, 2021                             Respectfully submitted,

                                                  By:     /s/ *Raymond W. Mort, III*
                                                       Raymond W. Mort, III
                                                       Texas State Bar No. 00791308
                                                       **THE MORT LAW FIRM, PLLC**
                                                       100 Congress Avenue
                                                       Suite 2000
                                                       Austin, Texas 78701
                                                       Tel/Fax: (512) 677-6825
                                                       Email: raymort@austinlaw.com

                                                       Adam G. Price
                                                      Texas State Bar No. 24027750
                                                     Christopher V. Goodpastor
                                                     Texas State Bar No. 00791991
                                                     Gregory S. Donahue
                                                     Texas State Bar No. 24012539
                                                     **DINOVO PRICE LLP**
                                                     7000 N. MoPac Expressway
                                                     Suite 350
                                                     Austin, Texas 78731
                                                     Telephone: (512) 539-2626
                                                     Facsimile: (512) 539-2627
                                                     Email: aprice@dinovoprice.com
                                                     cgoodpastor@dinovoprice.com
                                                     gdonahue@dinovoprice.com

                                                       **ATTORNEYS FOR PLAINTIFF WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT**

                                                             **FISH & RICHARDSON P.C.**

                                              By:  /s/ *David M. Hoffman*
                                                     John T Johnson (*pro hac vice* pending)

jjohnson@fr.com
Jeffrey C. Mok (*pro hac vice* pending)
jmok@fr.com
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070
Fax: (212) 258-2291

David M. Hoffman
Texas Bar No. 24046084
hoffman@fr.com
111 Congress Avenue, Suite 810
Austin, TX 78701
Tel: (512) 472-5070
Fax: (512) 320-8935

**COUNSEL FOR DEFENDANT,
TP-LINK TECHNOLOGIES CO., LTD.**