# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>TP-LINK TECHNOLOGY CO., LTD.,<br><br>Defendant. | Civil Action No. 6:20-cv-1012-ADA<br>Civil Action No. 6:20-cv-1013-ADA<br>Civil Action No. 6:20-cv-1014-ADA<br>Civil Action No. 6:20-cv-1015-ADA<br>Civil Action No. 6:20-cv-1016-ADA<br>Civil Action No. 6:20-cv-1017-ADA<br>Civil Action No. 6:20-cv-1018-ADA<br>Civil Action No. 6:20-cv-1019-ADA<br>Civil Action No. 6:20-cv-1020-ADA<br>Civil Action No. 6:20-cv-1021-ADA<br>Civil Action No. 6:20-cv-1022-ADA<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

The Court has considered TP-Link Technologies Co., Ltd.'s Opposed Motion to Defer Entry of a General Scheduling Order Per Federal Rule of Civil Procedure 16(b)(2), to Expedite Consideration of its Motion to Dismiss, and/or to Stay Activities Unrelated Thereto (the "Motion") and all related arguments and filings in support of and in opposition to the Motion. The Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that TP-Link Technologies Co., Ltd.'s Motion is GRANTED.

SO ORDERED this ____ day of February 2021.

_____
HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE