UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br><br>Plaintiff<br><br>v.<br><br>**TP-LINK TECHNOLOGY CO., LTD.,**<br><br>Defendant | Case No. 6:20-cv-01012-ADA<br>Case No. 6:20-cv-01013-ADA<br>Case No. 6:20-cv-01014-ADA<br>Case No. 6:20-cv-01015-ADA<br>Case No. 6:20-cv-01016-ADA<br>Case No. 6:20-cv-01017-ADA<br>Case No. 6:20-cv-01018-ADA<br>Case No. 6:20-cv-01019-ADA<br>Case No. 6:20-cv-01020-ADA<br>Case No. 6:20-cv-01021-ADA<br>Case No. 6:20-cv-01022-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendant's Motion to Dismiss for Invalid Service and Lack of Jurisdiction. After careful consideration of the Motion and all other matters properly before the Court, the Court is of the opinion that the Motion lacks merit and should be DENIED.

**IT IS THEREFORE ORDERED** that Defendant's motion is **DENIED**.

SIGNED this _____ day of _____.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE