IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS LLC,**<br>*Plaintiff,* | §<br>§<br>§ | |
| **v.** | §<br>§ | **6-20-CV-01012-ADA** |
| **TP-LINK TECHNOLOGY CO., LTD.,**<br>*Defendant.* | §<br>§<br>§<br>§ | |

## ORDER

IT IS HEREBY ORDERED that the above entitled and numbered case it set for **MOTION HEARING BY ZOOM** on **WEDNESDAY, JUNE 2, 2021 AT 2:30 PM.** An email will be sent with the Zoom link.

**SIGNED this 27th day of May, 2021.**



_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**